ACCEPTED
03-15-00339-CV
6724805
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 1:44:46 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00339-CV

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 1:44:46 PM
JEFFREY D. KYLE
Clerk

BEN MELTON,

Appellant

vs.

CU MEMBER'S MORTGAGE, a division of
COLONIAL SAVINGS, F.A., and FIRST WESTERN TITLE CO.

Appellees

On Appeal from the 340th District Court
of Tom Green County, Texas
Hon. Jay Weatherby Presiding
Trial Court Cause No. C103102C

## APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant's Brief in this matter is due September 9, 2015. No previous extensions have been granted. Appellant asks this court for a 30-day extension of time to file Appellant's Brief, which would make the extended deadline Friday, October 9, 2015. In reviewing the clerk's record and first supplemental clerk's record filed in this appeal, the undersigned attorney noticed that the June 3, 2015 findings of fact and conclusions of law

concerning appellee CU Member's Mortgage, a division of Colonial Savings, F.A. ("CU Member's Mortgage") signed by the trial court were not included in the clerk's record, only the unsigned copy at Clerk's Record 340-345. Appellant has filed today a request for second supplemental clerk's record with the Tom Green County District Clerk asking that the signed version of that document be forwarded to this court as a second supplemental clerk's record.

Additionally, appellant's attorney has a brief due on September 8, 2015 in the Fifth Circuit in No. 15-50538, *United States v. Ricky Wayne Levy, also known as Ricky Levy*, and counsel is currently working on filing a petition for a writ of certiorari in the Supreme Court of the United States seeking review of the Fifth Circuit's June 25, 2015 opinion in No. 13-51200; *United States v. Jose Zavala*.

As a result of the events just discussed, appellant's counsel cannot complete Appellant's Brief by the September 8, 2015 deadline and requests a 30-day extension, making the brief due by Friday, October 9, 2015.

Certificate of Conference

Appellant's counsel Gregory Sherwood conferred by telephone with the attorney for appellees in this appeal, Mark D. Cronenwett, concerning

2

whether appellees would oppose a 30-day extension of time to file

Appellant's Brief.  Mr. Cronenwett stated that he had no opposition to this

requested extension of time.

Respectfully submitted,

/s/ *Gregory Sherwood*

GREGORY SHERWOOD
ATTORNEY
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029
State Bar No. 18254600
Email: gsherwood@mail.com

Attorney for
Appellant Ben Melton

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on August 31, 2015 by e-service through the State electronic filing service provider, or by email, upon the attorney for appellees in this appeal: Mark Cronenwett, Mackie Wolf, Zientz & Mann, PC, 14150 N. Dallas Parkway, Suite 900, Dallas, Texas 75254.

/s/ *Gregory Sherwood*
Gregory Sherwood

## TRAP 9.4 Certificate of Compliance

According to the WordPerfect program used to generate this document, there are 481 words in this document.

/s/ *Gregory Sherwood*
Gregory Sherwood
